# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of December, two thousand twenty-four.

Before:      Alison J. Nathan,
                    *Circuit Judge.*

_____

United States of America,

        Plaintiff - Appellee,

  v.

Juan Reyes, Catherine Reyes,

        Defendants - Appellants.

_____

**ORDER**

Docket No. 24-2333

      Appellant moves for a two-month extension to February 10, 2025 to file the opening brief and appendix.

      IT IS HEREBY ORDERED that the motion is GRANTED, on consent. No further extensions will be granted.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

