UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 24-2333

Caption [use short title]

Motion for: 1. Withdraw as counsel

2. Hold oral argument in abeyance pending new counsel, for a reasonable time

United States v. Reyes

Set forth below precise, complete statement of relief sought:

Permitting the law firm of Mazzola Lindstrom, LLP and attorney Jean-Claude Mazzola to withdraw as counsel, based upon express termination by the defendants-appellants; holding oral argument in abeyance for a reasonable time

MOVING PARTY: Juan and Catherine Reyes
OPPOSING PARTY: United States

☐ Plaintiff  ■ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Jean-Claude Mazzola
OPPOSING ATTORNEY: Robert J. Wille

[name of attorney, with firm, address, phone number and e-mail]

Mazzola Lindstrom LLP
1350 Ave of the Americas, NYC
646.250.6666   jeanclaude@mazzolalindstrom.com

United States Department of Justice -- Tax Division
Washington DC
202.514.5573 , robert.j.wille@usdoj.go

Court- Judge/ Agency appealed from: Margot Brodie, USDJ-EDNY

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1)?
■ Yes  ☐ No (explain): 

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ■ No  N/A
Has this relief been previously sought in this court? ☐ Yes ■ No

Requested return date and explanation of emergency:
8/29/2025 -- Reason for emergency is that the defendants-appellants have terminated counsel, Mazzola Lindstrom as of 9:35pm on 8/27/25, as they wish to retain new counsel to orally argue the appeal, scheduled for 9/2/25 at 2pm

Opposing counsel's position on motion:
✱ ✓ Unopposed  ✓ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☒ Yes  ☐ No  ☐ Don't Know

DOJ Attorney Robert Wille advises that the government does not oppose this firm's withdrawal as counsel, but will oppose, and submit papers in opposition to holding oral argument in abeyance pending retention of new counsel.

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ✓ Yes ☐ No If yes, enter date: 9/2/25

Signature of Moving Attorney:
/s/ Jean-Claude Mazzola  Date: 8/28/25  Service: ✓ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)