## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff-Appellee** | ) | |
| | ) | |
| v. | ) | **No. 24-2333** |
| | ) | |
| **JUAN REYES AND CATHERINE REYES,** | ) | |
| | ) | |
| **Defendants-Appellants** | ) | |

## RESPONSE TO EMERGENCY MOTION TO WITHDRAW AS COUNSEL AND ADJOURN ORAL ARGUMENT OF APPEAL

The United States files this response to the emergency motion filed by the attorneys for the Reyeses to withdraw as counsel and adjourn the oral argument set for September 2.

The United States does not oppose the request to withdraw as counsel. With respect to the request for an adjournment of the oral argument, we note that Local Rule 34.1 provides that, once a case has been set for oral argument, it may be postponed only on "a showing of extraordinary circumstances." L.R. 34.1(e). We do not take a position on the request for an adjournment. We leave to the Court's discretion whether to maintain the current argument date, submit the case on the briefs, or to postpone the oral argument date.

Respectfully submitted,

/s/ Robert J. Wille

Robert J. Wille
   *Attorney*
   *Tax Division*
   *Department of Justice*
   *Post Office Box 502*
   *Washington, D.C. 20044*
   *Robert.J.Wille@usdoj.gov*
   *(202) 514-5573 (office landline)*
   *(202) 598-5924 (mobile)*

Dated: August 29, 2025

## Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

**1.** This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) and 32(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 27(d)(2) and 32(f):

_ X _ this document contains 122 words, or

____ this brief uses a monospaced typeface and contains [*state the number of*] lines of text.).

**2.** This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

_ X _ this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook, or

____ this document has been prepared in a monospaced typeface using [*state name and version of word-processing program*] with [*state number of characters per inch and name of type*].


/s/ Robert J. Wille
ROBERT J. WILLE
Attorney for Commissioner
Dated: August 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the CM/ECF system, which will serve those parties registered for ECF service.

/s/ Robert J. Wille

ROBERT J. WILLE
*Attorney*