# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

————————————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of August, two thousand twenty-five,

————————————————————————

United States of America,

          Plaintiff - Appellee,

  v.

Juan Reyes, Catherine Reyes,

          Defendants - Appellants.

————————————————————————

**ORDER**

Docket No. 24-2333

      Appellants move to withdraw as counsel and to hold oral argument in abeyance pending new counsel.

      IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

