UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-five,

United States of America,

    Plaintiff - Appellee,

v.

Juan Reyes, Catherine Reyes,

    Defendants - Appellants.

**ORDER**
Docket No. 24-2333

    By order dated August 29, 2025, this Court adjourned the previously scheduled oral argument in this appeal. The panel has retained jurisdiction.

    IT IS HEREBY ORDERED that the appeal will appear on the calendar for Monday, September 8, 2025, and will be taken on submission without oral argument. A decision of the Court will issue thereafter.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court