# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand twenty-six,

Present:
José A. Cabranes,
Steven J. Menashi,
*Circuit Judges*,
Lewis J. Liman,
*District Judge.*

_____

United States of America,

Plaintiff - Appellee,

v.

Juan Reyes, Catherine Reyes,

Defendants - Appellants.

_____

**ORDER**
Docket No. 24-2333

Appellants Juan Reyes, Catherine Reyes having filed a petition for panel rehearing and the panel that determined the appeal having considered the request

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

